# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **ERIC FLORES,** | ) | |
| | ) | |
|       **PETITIONER** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 2:13-CV-53-DBH** |
| | ) | |
| **UNITED STATES ATTORNEY GENERAL, ET AL.,** | ) | |
| | ) | |
|       **RESPONDENTS** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 26, 2013, the United States Magistrate Judge filed with the court, with a copy to the petitioner, her Recommended Decision. The time within which to file objections expired on March 15, 2013, and the United States Postal Service returned the court's mailing to the petitioner as undeliverable on March 4 and March 11, 2013.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is summarily **DISMISSED**.

    **SO ORDERED.**

    **DATED THIS 18TH DAY OF MARCH, 2013**

                                             /s/D. Brock Hornby  
                                             **D. BROCK HORNBY**  
                                             **UNITED STATES DISTRICT JUDGE**